# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

**The office of Karen Burroughs
United States Forest Service
Yates Federal Building
201 14th Street, 2nd Floor, Room 2, Central, SW
Washington, D.C. 20250**

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER: 08-423-M-01

(Further described below)

I ___**James P. Knorr**___ being duly sworn depose and say:

I am a(n) **Special Agent with the United States Department of Agriculture (USDA) - Office of Inspector General (OIG)** and
(Official Title)
have reason to believe that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)

**The office of Karen Burroughs, United States Forest Services, Yates Federal Building, 201 14th Street, 2nd Floor, Room 2, Central, SW, Washington, DC 20250** including any locked or padlocked rooms within. **(as further described in "Attachment A", incorporated fully herein by reference)**

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched) **(as further described in "Attachment B", incorporated fully herein by reference).**

which is (state one or more bases for search and seizure set forth nder Rule 41(b) of the Federal Rules of Criminal Procedure)
**evidence and instrumentalities.**

concerning a violation of Title __18__ United States Code, Section(s) **§§ 641, 1001, 287, 1343, 1956 & 1957.** The facts to support a finding of Probable Cause are as follows:

**SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN**

Continued on the attached sheet and made a part hereof.   ☒ YES   ☐ NO

Daniel P. Butler
Fraud and Public Corruption
(202) 353-9431

Signature of Affiant
James P. Knorr, Special Agent
United States Department of Agriculture (USDA) - Office of Inspector General (OIG)

Sworn to before me, and subscribed in my presence
JUL 0 2 2008

at Washington, D.C.

Date   DEBORAH A. ROBINSON
        U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer

Signature of Judicial Officer
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>7/2/08 | DATE AND TIME WARRANT EXECUTED<br>7/3/08   9:55 AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Forest Service Employee<br>Sarah Resnicon |
| INVENTORY MADE IN THE PRESENCE OF<br>SA Jim Knorr & Vivan Warner | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT | | |

See attachment 1   (3 of 3 pages)

**FILED**

JUL 03 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

SA James P Knorr                              7/3/08

Subscribed, sworn to, and returned before me this date.

_____              7/3/08
U S Judge or U.S. Magistrate Judge              Date

Search - July 3, 2008 - U.S Forest Service

1. Draw - 22
   File labeled "File Pending Jennifer"
   External Contacts

2. Draw 17 - Letter to Karen from Stana

3. 6 Folders of Various Co-mingled Forest Service Documents
   I.E. Purchase Orders, T&A's, Claim Reimbursements
   Check Copies
   Drawers 17 & 18

4. ~~Blue~~ Drawer 20 Blue Folder containing United Cash Loans 2/15/07

5. Drawer 20 - Folder for Claim Reimbursement for Karen Buroughs

Box 2  6. Drawer 20 Folder containing various documents including TSP

7. EEO Complaint & Subjects application - Drawer 20
8. Folder containing various Forest Service documents including Verizon-
9. Lose paperwork re. awards
10. Blue Envelope containing purchase cards for Subject
11. Award Forms for Various employees
12. Green Folder w/ Performance Plan & Appraisal for Subject
13. Blue Folder - Credit Union records for Subject
14. Brown Folder - Time & Attendance for Subject
15. Credit Union Bank Receipts
16. Bank Records & Credit Card documents

7/3/08 Vivi~~n~~ Warner - Investigative Program Coordinator     JAMES KNORR
                                                                  7/3/08 SA James P Knorr

Search - July 3, 2008 - U.S Forest Service

17. Federal Credit Union Information & T&A
18. USDA Supply Order Ticket
19. Bank Record Capital One - Payment Confirmation
20. Check Records & Procurement records issued by subject
21. Federal Tax Return for Harold Moses
22. W-2 Records & Procurement Budget documents
23. Steno-Pads & Procurement documents
24. Loan applications, Federal Credit Union Checking Account, Claim for Reimbursements, Application for Subjects position- Some paperwork signed by Sister, Thrift Savings
25. Claim for Reimbursement, Procurement Documents
26. FedEx Receipts
27. Spot Award Listing Years of Awards

Box 3  28. Travel Voucher Record, Procurement, Reimbursement, PCMS Records
Envelope 29. T&A Records for Burrough's Pay Period 18 2006 9/3/06-9/16/06
30. Forest Service Directory - Drawer
32. Drawer 2 Performance Appraisals for subject

Separate Boxes [ 33. Drawer 8 T&A Records - Office of Communications 2008
34. Drawer 8 T&A Records & Vouchers for Office of Communications 2007

Separate Box  35. Official Personnel Records for subject
36. Drawer 9 - T&A Records & Vouchers for Office of Communications 2004-2006
Box 3 cont'd 37. T&A'S 2002 - Drawer 10 & Performance Appraisals
38. Drawer 11 - Personal Accts, Tax Withholding Record Personnel Actions - SF 50, Performance Appraisals
39. Sprint Telephone Statements
40. Cardholder Transaction Report

7/3/08 Vim Allen - Investigative Program Coordinator    7/3/08  SA James Knorr

Page 3 of 3

Page 3

## Search - July 3, 2008

41. T & A's - 2004 & 2005
42. PCMS Check List
43. Ag Credit Union Account
44. Employee Express Allotment Changes (Several)
45. TSP Records
46. Within Grade Increase Record
47. FS e-authentication w/ personal identifiers
48. Paperwork - NITC Security Access Info Password
50. Subject Application
51. Personal Medical info for Kaiser Permanente (family member)
52. Memos to Defense Intelligence Agency w/ personal identifiers
53. Vehicle Registration info for family member
54. Pay w/ Administration Printout Olga Alvarado / Burroughs
55. Performance Appraisal for Olga Alvarado / Karen Burroughs
56. Purchase Cards Transactions 2005/2006
57. Pepco Billing Password - Burroughs
58. Dell X10-23533 Hard Drive - Serial #2KL5P51 - Rec'd from Supervisor
59. Dell-X08-73013 Serial #CMJBX21 - Rec'd from Supervisor
60. Thinkpad - 6364-BC3 Serial #LK-LTNFM - Rec'd from Supervisor

JK

JK

7/3/08 Vir Allen - Investigative Program Assistant
Vivian Warner

7/3/08 SA James Knorr
James Knorr